UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NRG ENERGY, INC.,

                    Plaintiff,              09 Civ. 2448 (JGK)

        - against -                         ORDER

EXELON CORPORATION AND EXELON XCHANGE
CORPORATION,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

        The defendants are directed to deliver to the Court two

sets of courtesy copies of the fully briefed motion to dismiss

today, April 17, 2009.


        SO ORDERED.

        Dated:      New York, New York
                    April 17, 2009

                                            _____
                                            John G. Koeltl
                                            United States District Judge


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4-17-09_