UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

NRG ENERGY, INC.,

                Plaintiff,        09 Civ. 2448 (JGK)

     - against -              ORDER

EXELON CORPORATION AND EXELON XCHANGE
CORPORATION,

                Defendants.
─────────────────────────────────

JOHN G. KOELTL, District Judge:

    A hearing in this action is scheduled for **June 3, 2009 at 9:30 a.m.**  The parties are directed to appear by telephone for a conference on **April 28, 2009 at 9:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 22, 2009

                                                _____
                                                John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09