UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

NRG ENERGY, INC.,

                Plaintiff,        09 Civ. 2448 (JGK)

   - against -               ORDER

EXELON CORPORATION AND EXELON XCHANGE
CORPORATION,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference on **April 22, 2009**, the defendants' motion to dismiss is **denied**.

The Clerk is directed to close Docket No. 18.

SO ORDERED.

Dated:   New York, New York
          April 22, 2009

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09